FILED
February 2, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 2:09-mj-40 KJM |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| James Law,  ) | |
| ) | |
| Defendant.  ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __James Law__ Case __2:09-mj-40 EFB__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of _____

    __X__    Unsecured bond in the amount of $25,000

    __  __    Appearance Bond with 10% Deposit

    __  __    Appearance Bond secured by Real Property

    __  __    Corporate Surety Bail Bond

    __X__    (Other) __Probation conditions/supervision;__

Issued at __Sacramento, CA__ on __2/2/09__ at __2:32 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge