1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 09-MJ-40 KJM |
| Plaintiff, | ) ) | |
| v. | ) ) | **AMENDED ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285** |
| JAMES CHRISTOPHER LAW, | ) ) | |
| Defendant. | ) ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct the United States Marshal Service to furnish the above named defendant, JAMES CHRISTOPHER LAW, with transportation and subsistence expenses for travel from Modesto, California, to Bangor, Maine for his initial appearance in United States District Court on February 17, 2009.

The United States Marshal shall furnish Mr. Law with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: February 10, 2009.

_____
U.S. MAGISTRATE JUDGE